Hathaway Sprague Law, P.A.
P.O. Box 3005 (32315)
115 West Fourth Avenue
Tallahassee, FL 32303

Date:    Apr 15, 2014

Bigelow, Brad & Grace
6274 Williams Road
Tallahassee, FL 32311

Regarding:    Bigelow, Brad & Grace
Invoice No:    01200

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| Mar 9, 2014 | TMB | Review of Trustee's Motion to Dismiss Case; prep. of Amended IDO for Court; memo to attorney listing options | 1.00 | $95.00 | $95.00 |
| Mar 13, 2014 | KAH | Conference with clients re Trustee's MTD, new baby and need for plan adjustments for when vehicle actually paid off | 1.00 | $295.00 | $295.00 |
| Apr 8, 2014 | KAH | Discussions with Trustee's office re hearing on the MTD; review Proposed order on MTD for 4.10.14 hearing | 0.25 | $295.00 | $73.75 |
| Apr 8, 2014 | KAH | Receipt and review of vehicle financing contracts for modification of plan | 0.25 | $295.00 | $73.75 |
| Apr 10, 2014 | KAH | Hearing on Trustee's MTD | 0.25 | $295.00 | $73.75 |
| Apr 25, 2014 | BD | Draft 2 sets amended schedules for future adjustments to budget | 0.25 | $250.00 | $62.50 |
| Apr 25, 2014 | KAH | Draft Negative Notice Motion to Modify and Modified Plan; Draft Negative Notice Application for Attorney Fees; emails to clients re requested information | 1.50 | $295.00 | $442.50 |
| Apr 25, 2014 | KAH | Estimated time to negotiate modification with Trustee and attend hearing | 0.50 | $295.00 | $147.50 |

Total Fees    $1,263.75

## Expenses

| Start Date | Description | Quantity | Price | Charges |
|---|---|---|---|---|
| Apr 25, 2014 | Postage and photocopies for circulation of modification | 45.00 | $2.69 | $121.05 |

Total Expenses    $121.05

Total New Charges    $1,384.80

Total Amount Due this Bill    $1,384.80